**BENJAMIN GELLER and GERTRUDE GELLER, his wife, and BENJAMIN GELLER, doing business as SPIC AND SPAN LAUNDRY AND DRY CLEANERS, v. FRANK SMIK.**

31 So. (2nd) 274            June Term, 1947
July 1, 1947            Division A

*Smathers, Thompson, Maxwell & Dyer* and *L. S. Bonsteel,* for appellants.

*Hyzer & Padgett,* for appellee.

PER CURIAM:

The record and the briefs have been examined and the judgment appealed from is affirmed on authority of Johnson et ux, v. Killian et ux. 157 Fla. 754, 27 So. 2nd 345.

Affirmed.

THOMAS, C. J., TERRELL and CHAPMAN, JJ., and WILLIAMS, Associate Justice, concur.